UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SCOTTSDALE INSURANCE COMPANY,  )
                                )
                Plaintiff,       )
                                )
        v.                       )   Cause No. 2:20-CV-224-PPS-JEM
                                )
STEPHAN SHERROD, SECRETS         )
LOVING DAYCARE, and JOSHUA       )
RIDDLE, SR., solely in his capacity as  )
parent and representative of Claimant,  )
his minor child,                 )
                                )
                Defendants.      )

## ORDER

This matter is before me on the report and recommendation of Magistrate Judge John E. Martin relating to defendant Stephan Sherrod. [DE 29.] On January 9, 2021, Defendant Joshua Riddle represented that Defendant Stephan Sherrod died on December 24, 2020. [DE 22.] No motion to substitute Defendant Sherrod has been entered. During a hearing on the record on June 3, 2021, the parties represented that no motion to substitute will be filed. [DE 28.] Judge Martin recommends that the Court dismiss defendant Stephan Sherrod from the case without prejudice. Neither party has filed a timely objection to Judge Martin's report and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's report and recommendation concerning the Notice of Death of Defendant Stephan Sherrod, to which no motion to substitute has

been or will be filed, and where no objection has been filed, the Court hereby ADOPTS

the report and recommendation [DE 29] in their entirety.

Defendant Stephan Sherrod is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

ENTERED: June 17, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT