AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SCOTTSDALE INSURANCE COMPANY
    Plaintiff

        v.                          Civil Action No. 2:20-cv-224

JOSHUA RIDDLE, SR.
*solely in his capacity as parent and*
*representative of Claimant, his minor child*
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of the Plaintiff Scottsdale Insurance Company and against the Defendant Joshua Riddle, Sr., in his capacity as parent and representative of his minor child.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Magistrate Judge John E. Martin  on  Motion for Summary Judgment by Plaintiff Scottsdale Insurance Company, against Defendant Joshua Riddle Sr.

DATE:  11/4/2021                                      GARY T. BELL, CLERK OF COURT

                                                                                  by   s/S. Kowalsky
                                                                            *Signature of Clerk or Deputy Clerk*