UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,) <br>       Plaintiff,  ) <br>       ) <br> v.   ) <br>   ) <br> STEPHAN SHERROD, *et al.*,   ) <br>       Defendants.  ) | CAUSE NO.: 2:20-CV-224-PPS-JEM |

**FINDINGS, REPORT, AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE PURSUANT TO**
**28 U.S.C. § 636(b)(1)(B) & (C)**

This matter is before the Court on Plaintiff's Motion for Summary Judgment Against Defendant Secrets Loving Care Daycare [DE 38], filed August 19, 2021. Plaintiff Scottsdale Insurance Company moves for summary judgment confirming that the commercial insurance policy issued to Stephan Sherrod d/b/a Secrets Loving Care Daycare is rescinded.

On June 9, 2020, Scottsdale filed a complaint to obtain a declaratory judgment finding that it is entitled to rescission of an insurance policy issued to Defendants Stephan Sherrod and Secrets Loving Care Daycare, and therefore that no coverage would be provided as to injuries suffered by the minor child of Defendant Riddle while in the care of Defendants Secrets Loving Care Daycare and Sherrod. The case against Defendant Stephan Sherrod was dismissed without prejudice after he died. Defendant Secrets Loving Care Daycare did not appear and a clerk's entry of default was entered against it on July 1, 2021.

On November 4, 2021, the Court granted Plaintiff's Motion for Summary Judgment Against Defendant Joshua Riddle, Sr., declaring that the Scottsdale Insurance Company policy

1

number CPS2980563 issued to Stephan Sherrod and Secrets Loving Care Daycare is void and rescinded.

On November 8, 2021, District Court Judge Philip P. Simon entered an Order [DE 41] referring the matter to the undersigned Magistrate Judge for a report and recommendation on the disposition of the case as to Defendant Secrets Loving Care Daycare, including the pending motion for summary judgment, pursuant to 28 U.S.C. § 636(b)(1)(B).

Because declaratory judgment has been entered on the policy at issue, the Court **RECOMMENDS** that District Court Judge Philip P. Simon **FIND MOOT** Plaintiff's Motion for Summary Judgment Against Defendant Secrets Loving Care Daycare [DE 38] and **DIRECT** the Clerk of Court to in favor of Plaintiff and against Defendant in this case.

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(B). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections to the decision on the Motion for Sanctions with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-261 (7th Cir. 1989).

SO ORDERED this 9th day of November, 2021.

                                                s/ John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Judge Philip P. Simon