UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:20-CV-224-PPS-JEM |
| ) | |
| SECRETS LOVING DAYCARE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before me on the report and recommendation of Magistrate Judge Martin relating to Plaintiff Scottsdale Insurance Company's Motion for Summary Judgment. [DE 38.] On agreement of the two represented parties, Judge Martin granted Plaintiff's Motion for Summary Judgment as it pertained to Plaintiff Scottsdale and Defendant Joshua Riddle, Sr., declaring that the insurance policy issued to Stephan Sherrod (deceased) and his unrepresented company Secrets Loving Daycare is void and rescinded. [DE 39.] Judge Martin recommends that the Court find Plaintiff's Motion for Summary Judgment moot against Defendant Secrets Loving Daycare and direct the Clerk to enter judgment in favor of Plaintiff and against Defendant in this case. Neither party has filed a timely objection to Judge Martin's report and recommendation.

**ACCORDINGLY:**

Having reviewed the Magistrate Judge's report and recommendation concerning Plaintiff's Motion for Summary Judgment, to which no objection has been filed, the Court hereby **ADOPTS** the report and recommendation [DE 42] in their entirety.

Plaintiff's Motion for Summary Judgment [DE 38] is **DENIED AS MOOT**.

The Clerk is directed to enter judgment in favor of Plaintiff Scottsdale Insurance Company and against Defendant Secrets Loving Daycare.

The Clerk is further directed to closed this case.

SO ORDERED on November 24, 2021.

                                               /s/ Philip P. Simon
                                              PHILIP P. SIMON, JUDGE
                                              UNITED STATES DISTRICT COURT