# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

SCOTTSDALE INSURANCE COMPANY

        Plaintiff

  v.

                                                   **Civil Action No. 2:20-cv-224**

STEPHAN SHERROD (Termed: 06/17/2021);
SECRETS LOVING CARE DAYCARE; and
JOSHUA RIDDLE, SR., *solely in his capacity as parent and representative of Claimant, his minor child* (Termed: 11/04/2021)

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: <u>JUDGMENT IS ENTERED in favor of Plaintiff Scottsdale Insurance Company and against Defendant Secrets Loving Care Daycare.</u>

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon on a Report and Recommendation.

DATE: 11/24/2021                   GARY T. BELL, CLERK OF COURT

                                      by  s/ B. Scheumann_____
                                      *Signature of Clerk or Deputy Clerk*